## Butler Township Appeal.

Argued October 7, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Leo M. Stepanian,* with him *Brydon, Stepanian, O'Brien & Cook,* for appellant.

No argument was made nor brief submitted for appellee.

OPINION PER CURIAM, November 11, 1969 :

The lower Court appointed a reapportionment Commission. The findings of this Commission were challenged and the lower Court appointed an attorney to represent the Commission in the impending litigation. The appellant challenges the right of the Court to appoint an attorney to represent a reapportionment Commission. The present state of the record presents no justiciable issue.

Appeal dismissed.